R. REX PARRIS (SBN 96567)
rrex@parris.com
KITTY K. SZETO (SBN 258136)
kitty@parris.com
JOHN M. BICKFORD (SBN 280929)
jbickford@parris.com
**PARRIS LAW FIRM**
43364 10th Street West
Lancaster, California 93534
Telephone:  (661) 949-2595
Facsimile:   (661) 949-7524

Attorneys for Plaintiffs and the Putative Class


REBECCA ARAGON, Bar No. 134496
Raragon@littler.com
HOVANNES G. NALBANDYAN, Bar No. 300364
Hnalbandyan@littler.com
LAURA E. SCHNEIDER, Bar No. 326077
Lschneider@littler.com
**LITTLER MENDELSON, P.C**.
633 W. Fifth Street, 63rd Floor
Los Angeles, CA 90071
Telephone: 213.443.4300
Fax No.: 213.443.4299

Attorneys for Defendant
FREEDOMROADS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMELA WOODINGS and JODI DORMAIER, on behalf of themselves and all members of the putative class, <br><br> Plaintiffs, <br><br> v. <br><br> FREEDOMROADS, LLC d/b/a CAMPING WORLD, a Minnesota Limited Liability Corporation, and DOES 1 through 100, <br><br> Defendant. | CASE NO. 2:20-cv-07072-MCS-JEM <br><br> **JOINT NOTICE OF CLASS ACTION SETTLEMENT** <br><br> <u>Judge</u>:   Hon. Mark C. Scarsi <br> <u>Crtrm</u>.:   6D <br><br> Date Action Filed: June 25, 2020 <br> FAC Filed: August 27, 2020 <br> Trial Date: June 22, 2021 |

**JOINT NOTICE OF CLASS ACTION SETTLEMENT**

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs KAMELA WOODINGS and JODI DORMAIER and Defendant FREEDOMROADS, LLC (erroneously sued as FREEDOMROADS, LLC d/b/a CAMPING WORLD), through their respective counsel of record, hereby notify the Court that, on January 18, 2021, the parties reached agreement on the terms of a class-wide settlement that, once approved by the Court, will resolve the above-captioned action in its entirety. The parties are currently drafting the settlement papers, and Plaintiffs anticipate filing a motion for preliminary approval, together with supporting documentation, within approximately ninety (90) calendar days.

DATED: May 31, 2021                     **PARRIS LAW FIRM**

By: /s/ *Kitty K. Szeto*
R. Rex Parris, Esq.
Kitty M. Szeto, Esq.
John M. Bickford, Esq.

Attorneys for Plaintiffs,
KAMELA WOODINGS and
JODI DORMAIER

DATED: May 31, 2021                     **LITTLER MENDELSON, P.C.**

By: /s/ *Hovannes G. Nalbandyan*
Rebecca Aragon, Esq.
Hovannes G. Nalbandyan, Esq.
Laura Schneider, Esq.

Attorneys for Defendant,
FREEDOMROADS, LLC

1
**JOINT NOTICE OF CLASS ACTION SETTLEMENT**

**SIGNATURE ATTESTATION**

Pursuant to L.R. 5-4.3.4, the undersigned hereby attests that all signatories listed above, and on whose behalf this Joint Notice of Class Action Settlement is submitted, concur in and have authorized the filing of this notice of settlement.

Dated: May 31, 2021                                                     /s/ *Kitty K. Szeto.*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Central District of California, by using the Court's CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Dated: May 31, 2021                                                     /s/ *Kitty K. Szeto.*