R. Rex Parris (SBN 96567)
    rrparris@parrislawyers.com
Alexander R. Wheeler (SBN 239541)
    awheeler@parrislawyers.com
Kitty K. Szeto (SBN 258136)
    kszeto@parrislawyers.com
John M. Bickford (SBN 280929)
    jbickford@parrislawyers.com
Ryan A. Crist (SBN 316653)
    rcrist@parrislawyers.com
John D. Wu (SBN 269183)
    jwu@parrislawyers.com
**PARRIS LAW FIRM**
43364 10th Street West
Lancaster, California 93534
Telephone:  (661) 949-2595
Facsimile:  (661) 949-7524

Attorneys for Plaintiffs and the Settlement Class Members

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMELA WOODINGS and JODI DORMAIER, on behalf of themselves and all members of the putative class,<br><br>    Plaintiffs,<br>v.<br><br>FREEDOMROADS, LLC d/b/a CAMPING WORLD, a Minnesota Limited Liability Corporation, and DOES 1 through 100,<br><br>    Defendant. | Case No. 2:20-cv-07072-MCS-JEM<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS KAMELA WOODINGS' AND JODI DORMAIER'S NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEYS' FEES AND COSTS, AND CLASS REPRESENTATIVE SERVICE AWARDS**<br><br>[Filed Together with Memorandum of Points and Authorities (ECF No. 35-1); Declaration of Kitty K. Szeto (ECF No. 35-2); Declaration of Lindsay Kline (ECF No. 35-3); Declaration of Kamela Woodings (ECF No. 35-4); and Declaration of Jodi Dormaier (ECF No. 35-5)]<br><br>Date:    December 13, 2021<br>Time:    9:00 a.m.<br>Courtroom:    7C |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **December 13, 2021** at **9:00 a.m.**, or as soon as this matter may be heard before the Honorable Mark C. Scarsi in Courtroom 7C, 7th Floor, of the United States District Court for the Central District of California located at 350 West 1st Street, Los Angeles, California 90012, Plaintiffs Kamela Woodings and Jodi Dormaier (collectively, "Plaintiffs") will and hereby move the Court for an order:

1. Granting final approval of the Settlement Agreement and the **all-in, non-reversionary $3,950,000.00** class action settlement as described herein and as set forth in the parties' Class and PAGA Action Settlement Agreement and Release ("Settlement Agreement") attached as **Exhibit "1"** to the Declaration of Kitty K. Szeto (ECF No. 35-2) filed concurrently herewith ("Szeto Decl.");

2. Finally approving Class Counsel's request for reduced attorneys' fees in the amount of **$987,500.00** consistent with the Ninth Circuit 25% benchmark, which is **$395,000.00 *less than*** the amount originally requested for and allocated in the Settlement (35% of the Maximum Gross Settlement Amount) that will be added back to the Net Settlement Amount for distribution to the Settlement Class Members on a *pro rata* basis. Importantly, not a single Class Member objected to Class Counsel's attorneys' fees request at the higher 35% amount (Declaration of Lindsay Kline ("Kline Decl.") at ¶ 13, ECF No. 35-3);

3. Finally approving Class Counsel's request for reimbursement of litigation costs and expenses in the amount of **$12,068.58**, which is **$2,931.42 *less than*** the $15,000 allocated in the Settlement Agreement that will be added back to the Net Settlement Amount for distribution to the Settlement Class Members on a *pro rata* basis;

/ / / /

/ / / /

4. Finally approving the **$15,000.00** Service Award to Class Representative Kamela Woodings, which was fully disclosed to the Class Members and not objected to by a single Class Member (*Id.*);

5. Finally approving the **$15,000.00** Service Award to Class Representative Jodi Dormaier, which was fully disclosed to the Class Members and not objected to by a single Class Member (*Id.*);

6. Finally approving the PAGA Payment in the total amount of **$900,000.00**, 75% of which shall be paid to the State of California LWDA ($675,000) and 25% of which shall be distributed to *pro rata* to all PAGA Releasees ($225,000); and

7. Finally approving the Settlement Administration Costs in the amount of **$13,800.00** to the Settlement Administrator, Simpluris, Inc.

Plaintiffs bring this motion pursuant to Federal Rules of Civil Procedure 23(e). This motion is also based on the concurrently filed Memorandum of Points and Authorities (ECF No. 35-1), the Declaration of Kitty K. Szeto (ECF No. 35-2), the Declaration of Lindsay Kline (ECF No. 35-3); the Declaration of Kamela Woodings (ECF No. 35-4), the Declaration of Jodi Dormaier (ECF No. 35-5), as well as upon the pleadings and other records on file with the Court in this matter, and upon such documentary evidence and oral argument as may be presented at or before the hearing on this motion.

DATED: November 15, 2021          **PARRIS LAW FIRM**

                                           By: /s/ Kitty K. Szeto
                                              Kitty K. Szeto
                                              Attorneys for Plaintiffs and the
                                              Settlement Class Members