UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-CV-07072-MCS-JEM | Date | December 13, 2021 |
| Title | Kamela Woodings v. FreedomRoads, LLC | | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

|  V.R. Vallery  |  Chia Mei Jui  |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

Kitty Szeto

Rebecca M. Aragon
Hovannes G. Nalbandyan

**Proceedings:** **PLAINTIFFS KAMELA WOODINGS' AND JODI DORMAIER'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEYS' FEES AND COSTS, AND CLASS REPRESENTATIVE SERVICE AWARDS (ECF No. #35)**

The motion hearing is held. Counsel address the Court. Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, Attorneys' Fees and Costs, and Class Representative Service Awards is GRANTED. Counsel is instructed to submit a proposed order no later than December 20, 2021.

IT IS SO ORDERED.